UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re QLIANCE MEDICAL GROUP OF
WASHINGTON, PC,

               Debtor.

_____

EDMUND J. WOOD, as Trustee for the
Estate,

               Plaintiff/Appellee,

       v.

COORDINATED CARE CORPORATION,

               Defendant/Appellant.

NO. C19-1960MJP

ORDER DENYING MOTION FOR
LEAVE TO APPEAL

This matter comes before the Court on Coordinated Care Corporation's "Motion for

Leave to Appeal Under 28 U.S.C. § 158(a)(3) and a Stay Pending Resolution of the Appeal."

Dkt. # 1-2.[1] In determining whether to grant leave to appeal under 28 U.S.C. § 158(a)(3), courts

"look for guidance to standards developed under 28 U.S.C. § 1292(b) . . . even though the

_____

[1] The motion for leave to appeal was ostensibly filed on behalf of both Coordinated Care
Corporation and Coordinated Care of Washington, Inc. The Trustee's claims against the latter company
were dismissed by the Bankruptcy Court on September 19, 2019, however, and the order on appeal runs
solely against Coordinated Care Corporation. *See Wood v. Coordinated Care Corporation, et al.*,
Adversary Proceeding No. 19-1081CMA, Dkt. # 25 and # 34. To the extent Coordinated Care of
Washington, Inc., seeks leave to appeal, the request is DENIED.

ORDER DENYING MOTION FOR
LEAVE TO APPEAL - 1

procedure is somewhat different." *In re Belli*, 268 B.R. 851, 858 (B.A.P. 9th Cir. 2001). Leave to appeal in this context "should not be granted unless refusal would result in wasted litigation and expense, the appeal involves a controlling question of law as to which there is a substantial ground for difference of opinion, and an immediate appeal would materially advance the ultimate termination of the litigation." *In re NSB Film Corp.*, 167 B.R. 176, 180 (B.A.P. 9th Cir. 1994). *See also In re GACN, Inc.*, 555 B.R. 684, 692 (B.A.P. 9th Cir. 2016).

The undersigned recently amended the discharge order in *Coordinated Care Corporation v. Qliance Medical Group of Washington, PC*, C17-1180MJP, on which Coordinated Care Corporation's appeal is based. In light of the amendment, there is no reasonable, much less substantial, ground for disagreement with the bankruptcy court's findings that the Adversary Action is not barred by either the discharge order or the doctrine of res judicata. Leave to appeal is therefore DENIED.

DATED this _31st_ day of _March_, 2020.

Marsha J. Pechman
United States District Judge

ORDER DENYING MOTION FOR
LEAVE TO APPEAL - 2